IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VICTORIA MAY,<br><br>   Plaintiff,<br><br>vs.<br><br>TOWSON UNIVERSITY,<br><br>   Defendant. | No. 1:21-CV-2229-SAG<br><br><br><br>DISMISSAL WITH PREJUDICE |

     **COMES NOW** the Plaintiff, Victoria May, by and through her attorneys, and hereby moves to dismiss the above stated case with prejudice. The parties have agreed that each party is responsible for bearing its own costs and attorney fees.

                                 NEWKIRK ZWAGERMAN, P.L.C.

                                 _/s/ Thomas Newkirk_
                                 Thomas Newkirk AT005791
                                 tnewkirk@newkirklaw.com
                                 521 East Locust Street, Suite 300
                                 Des Moines, IA 50309
                                 Phone: (515) 883-2000
                                 Fax: (515) 883-2004

                                 Omar Vincent Melehy
                                 Andrew Balashov
                                 Melehy & Associates LLC
                                 8403 Colesville Road, Suite 610
                                 Silver Spring, Maryland 20910
                                 Email: ovmelehy@melehylaw.com
                                 Email: abalashov@melehylaw.com
                                 Phone: 301-587-6364
                                 Fax: 301-587-6308

                                 ATTORNEYS FOR PLAINTIFF

Original filed.

Copy to:

Ariel Lichterman (Bar No. 20850)
Lillian L. Reynolds (Bar No. 30225)
Assistant Attorneys General
Higher Education Division
200 Saint Paul Place, 17th Floor
Baltimore, Maryland 21202
lreynolds@oag.state.md.us
ariel.lichterman@oag.state.md.us
(410) 576-6320
(410) 576-6437 (facsimile)

ATTORNEYS FOR DEFENDANT